UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V CARS, LLC,

                Plaintiff,

    - against -

ISRAEL CORPORATION,

               Defendant.

ORDER

09 Civ. 8969 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The parties are directed to jointly submit a proposed case management plan to the Court by Thursday, May 6, 2010. If Defendant intends to file a motion to dismiss, the parties shall also include a briefing schedule for this motion in their submission to the Court on May 6, 2010.

Dated: New York, New York
       April 30, 2010

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 4/30/10